UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ET AL., <br><br>Plaintiffs,<br><br>v.<br><br>CLARENDON AMERICA INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 18-cv-01271-YGR <br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | August 31, 2018 |
| COMPLIANCE HEARING RE NAME OF MEDIATOR AND DATE OF MEDIATION: | June 1, 2018 [Joint filing by May 25, 2018] |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | November 30, 2018 |
| DISCLOSURE OF EXPERT REPORTS: <br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: December 7, 2018 <br>Rebuttal: December 21, 2018 |
| EXPERT DISCOVERY CUTOFF: | January 15, 2019 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE \*\*FILED\*\* BY: | January 22, 2019 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by May 25, 2018 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, June 1, 2018 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By May 25 2018, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 18, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge