# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**CLARENDON AMERICA INSURANCE COMPANY, ET AL.,**<br><br>Defendants. | CASE NO. 18-cv-01271-YGR<br><br>**ORDER VACATING AND RECALLING ORDER TO SHOW CAUSE RE: SANCTIONS**<br><br>Re: Dkt. No. 16 |

Based upon the responses filed by counsel George D. Yaron and James I. Silverstein, the Court **VACATES AND RECALLS** its Order to Show Cause re: Sanctions, issued on May 18, 2018. The hearing set for May 29, 2018 is **VACATED**.

**IT IS SO ORDERED.**

Date: May 22, 2018

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**