GEORGE D. YARON (State Bar #96246)
gyaron@yaronlaw.com
JAMES I. SILVERSTEIN (State Bar #143543)
jsilverstein@yaronlaw.com
YARON & ASSOCIATES
1300 Clay St., Suite 800
Oakland, California 94612
Tel.: (415) 658-2929
Fax: (415) 658-2930

Attorneys for Defendant
CLARENDON NATIONAL INSURANCE COMPANY, in its own right and as successor in interest by way of merger with Clarendon America Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CLARENDON AMERICA INSURANCE COMPANY, an Illinois Corporation, et al.,<br><br>Defendants. | CASE NO. 18-cv-01271-YGR<br>**ORDER GRANTING STIPULATION REGARDING THE DISMISSAL OF DEFENDANT CLARENDON AMERICA INSURANCE COMPANY, PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Plaintiffs TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL FIRE & MARINE INSURANCE COMPANY, and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT ("Plaintiffs") and Defendant CLARENDON NATIONAL INSURANCE COMPANY, in its own right and as successor in interest by way of merger with CLARENDON AMERICA INSURANCE COMPANY, hereby stipulate, pursuant to Federal Rules of Civil Procedure, Rule

41(a)(1)(A)(ii), to the dismissal of CLARENDON AMERICA INSURANCE COMPANY ("Clarendon America") without prejudice.

On March 5, 2016, Plaintiffs served the Summons and Complaint, in the instant action, on the CT Corporation System, on behalf of Defendants CLARENDON NATIONAL INSURANCE COMPANY and Clarendon America. CLARENDON NATIONAL INSURANCE COMPANY represents it is the successor in interest by way of merger with Clarendon America, and represents that Clarendon America merged into CLARENDON NATIONAL INSURANCE COMPANY in 2015. In reliance on CLARENDON NATIONAL INSURANCE COMPANY's representation, Plaintiffs have agreed to dismiss Clarendon America without prejudice.

IT IS SO STIPULATED.

DATED: May 25, 2018                                 YARON & ASSOCIATES

By: /s/ James I. Silverstein
GEORGE D. YARON
JAMES I. SILVERSTEIN
Attorneys for Defendant
CLARENDON NATIONAL INSURANCE COMPANY

DATED: May 25, 2018                                 MORALES, FIERRO & REEVES

By: /s/Marilyn Rogers
RAMIRO MORALES
MARILYN ROGERS
Attorneys for Plaintiffs
TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY OF AMERICA, ST. PAUL FIRE & MARINE INSURANCE COMPANY, and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

Dated: May 30, 2018



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
5/30/18

Stipulation                                         - 2 -                                    G:\5276\ClarendonStip_3.docx